## Smith et vir, Appellants, *v.* Bich.

Argued November 9, 1965. *Sidney Baker,* with him *Krause & Baker,* for appellant; *Thomas J. Reinstadtler* and *Carl W. Brueck, Jr.,* with them *Egler, McGregor & Reinstadtler,* and *Brueck, Walker & Brueck,* for appellees.

Order affirmed.

FLOOD, J., absent.

## Sorice, Appellant, *v.* Pennsylvania Public Utility Commission.

Argued November 10, 1965. *Frank C. Roney,* with him *Rodgers and Roney,* for appellant; *William A. Goichman,* Assistant Counsel, with him *Edward Munce,* Assistant Counsel, and *Joseph C. Bruno,* Chief Counsel, for Pennsylvania Public Utility Commission; *Henry M. Wick, Jr.,* with him *Delisi, Wick & Vuono,* for intervening appellee.

Order affirmed.

FLOOD, J., absent.